District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL MOYER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LOMBARDI, MD, a Washington resident, and PEACEHEALTH, a Washington corporation d/b/a PEACEHEALTH ST. JOSEPH'S HOSPITAL,<br><br>Defendant. | CASE NO. C16-01642-JLR<br><br>[PROPOSED] ORDER |

The Court, having considered Relators' Notice of Dismissal and the United States' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. Relators having agreed to dismiss all claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against all Defendants without prejudice to the Relators, and without prejudice to the United States; and

3. The Complaint, this Order, and all other papers on file in this action shall be unsealed.

//
//

[PROPOSED] ORDER - 1
(C16-01642-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  //
2
3  DATED this 10th day of December, 2017.
4
5
6                                    JAMES L. ROBART
                                     United States District Judge
7
8  Presented by:
9
   KAYLA C. STAHMAN, CABA NO. 228931
10 Assistant United States Attorney
11 United States Attorney's Office
   700 Stewart Street, Suite 5220
12 Seattle, Washington 98101-1271
13 Phone: 206-553-7970
   Fax: 206-553-4073
14 E-mail: kayla.stahman@udsdoj.gov
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER - 2
(C16-01642-JLR)